IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| John Rosemond as Guardian ad Litem for the minor M.R., | ) ) ) | C/A:  3:12-2931-JFA-PJG |
| Plaintiff, | ) ) | ORDER |
| vs. | ) ) | |
| Augustin Miranda and United States of America, | ) ) ) | |
| Defendants. | ) ) | |

This court has entered contemporaneously a revised scheduling order upon motion of counsel for the parties. Among the grounds asserted for revising the scheduling order is the fact that there are pending criminal charges against defendant Augustin Miranda.

In this court's experience, deferring to the criminal process might seem at first glance advisable, but it has caused a civil case to remain on this court's docket for inordinate periods of time. In other litigation, when the court acquiesced to a request that the criminal process be allowed to play out, the parties suggested that this requires the court to stay the case until the United States Supreme Court has denied a petition for certiorari, a process which, if played out to conclusion, can take up to four years.

Because of this experience, the court is reluctant to revise a scheduling order simply on the basis of pending criminal charges. This order is being entered to apprise the parties of this fact so that they will not expect that routine extensions will be granted in the future.

IT IS SO ORDERED.

*Joseph F. Anderson Jr.*

December 12, 2013　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　United States District Judge