IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| John Rosemond, as Guardian ad Litem for the minor M.R., | C/A No. 3:12-cv-02931-JFA |
| Plaintiff, | |
| vs. | **ORDER** |
| Augustin Miranda and the United States of America, | |
| Defendants. | |

The court, having been advised by counsel for the above-captioned parties that the plaintiff has settled with the United States of America, hereby orders that the plaintiff's claims against the United States be dismissed without costs and without prejudice.[1]  If settlement between these two parties is not consummated within a reasonable time, either party may, within 60 days, petition the court to reopen the action and restore it to the calendar.  *See* Rule 60(b)(6), FED. R. CIV. P.  In the alternative, to the extent permitted by law, either party may, within 60 days, petition the court to enforce the settlement.  *Fairfax Countywide Citizens v. Fairfax Cnty*, 571 F.2d 1299 (4th Cir. 1978).

The dismissal hereunder shall be *with prejudice* if no action is taken under either alternative within 60 days from the filing date of this order.

IT IS SO ORDERED.

June 17, 2014                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge

---

[1] The court expresses no opinion as to the plaintiff's claims against Augustin Miranda.